UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

Rein Kolts,

    Petitioner,

v.

State of Vermont,

    Respondent.

Civil Action No. 2:25–cv–434–cr–kjd

## ORDER
(Doc. 5)

On April 23, 2025, Petitioner Rein Kolts, a Vermont inmate representing himself, filed an Application for Leave to Proceed *in Forma Pauperis* (IFP), requesting to proceed without prepaying the case filing fee. Because he subsequently paid the filing fee of $5.00, Petitioner's IFP Application was denied as moot on May 23, 2025. His Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 challenges a Vermont conviction for aggravated sexual assault of a child. *See* Doc. 4.

The Clerk of Court is respectfully directed to cause to be served a copy of the Petition and this Order upon Respondent and the Office of the Attorney General for the State of Vermont. Respondent shall within 30 days after the date of this Order file an answer as required by Rule 5, 28 U.S.C. § 2254 and show cause—if there be any—why the writ should not issue as prayed for. Any reply to Respondent's answer shall be filed within 30 days after service of the answer upon Petitioner.

Dated at Burlington, in the District of Vermont, this 2nd day of June 2025.

Kevin J. Doyle
United States Magistrate Judge